588

No. 258. PROCESS ENGINEERS, INC. *v.* CONTAINER CORPORATION OF AMERICA. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Albert G. McCaleb* for petitioner. *Mr. Clarence E. Mehlhope* for respondent.

No. 259. FIRST NATIONAL BANK OF AMARILLO *v.* CONTINENTAL CASUALTY CO. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Ben H. Stone* for petitioner. *Mr. O. O. Touchstone* for respondent.

No. 265. VANDERLIP *v.* UNITED STATES. October 8, 1934. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Ellsworth C. Alvord* and *Floyd F. Toomey* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Mr. George H. Foster* for the United States.

No. 266. THE PERTH AMBOY No. 3 ET AL. *v.* DITTMAR ET AL.; and
No. 267. SAME *v.* HUDSON BARGE CORP. ET AL. October 8, 1934. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Anthony V. Lynch, Jr.,* for petitioners. *Messrs. John C. Crawley* and *William F. Purdy* for respondents.

No. 273. OTT, TRUSTEE IN BANKRUPTCY, *v.* LONG BEACH CO. ET AL. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh